JS-6

1  Vahag Matevosian (State Bar No. 283710)
   Email: consumerlitigationteam@kaass.com
2
                                                    IT IS SO ORDERED.
3  KAASS LAW
   313 East Broadway #944                           DATED: _June 2, 2013_____
4  Glendale, California, 91209
   Telephone: 310.943.1171                          *George H. Wu*
5                                                   _____
   Attorney for Plaintiff                           UNITED STATES DISTRICT JUDGE
6  HRANT PETROSYAN

                        UNITED STATES DISTRICT COURT

                    FOR THE CENTRAL DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| HRANT PETROSYAN, an individual, | ) | Case No. 2:12-cv-08683-GW-(JEMx) |
| Plaintiff, | ) ) | NOTICE OF DISMISSAL OF ACTION AS TO DEFENDANT CAPITAL ONE |
| v. CACH LLC, A Colorado Limited Liability Company, et al., | ) ) ) ) | N.A. |
| Defendants. | ) ) | |

    Plaintiff HRANT PETROSYAN ("Plaintiff") and Defendant CAPITAL ONE N.A. have reached a settlement involving this matter.

    As such, Plaintiff requests that the Court take all hearing dates OFF calendar and dismiss the action as to Defendant CAPITAL ONE N.A., with the Court to retain full jurisdiction for forty five (45) days, after which the dismissal shall be considered with prejudice, unless a party files with the Court a notice that the other party has not consummated the settlement agreement or complied with its terms.

    The parties have agreed that each side shall bear its own costs and fees.


Dated: May 29, 2013                    Respectfully submitted,

                                       KAASS LAW
                                       */s/ Vahag Matevosian*
                                       Vahag Matevosian
                                       Attorney for Plaintiff
                                       HRANT PETROSYAN